FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE M.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | No. 1:17-cv-03082-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on August 24, 2018, ECF No. 15, recommending Plaintiff's Motion for Summary Judgment, ECF No. 11, be denied and Defendant's Motion for Summary Judgment, ECF No. 12, be granted.  Plaintiff filed objections to the Report and Recommendation on September 7, 2018.  ECF No. 16.  Defendant filed a response on September 19, 2018.  ECF No. 18.

After reviewing the Report and Recommendation, the objections and the response, and relevant authorities; the Court finds the Magistrate Judge's findings

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1. Plaintiff's Objections to Magistrate Judge Dimke's Report and Recommendation, **ECF No. 16**, are **OVERRULED**.

2. The Report and Recommendation, **ECF No. 15**, is **ADOPTED** in its entirety.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 11,** is **DENIED**.

4. Defendant's Motion for Summary Judgment, **ECF No. 12,** is **GRANTED.**

The District Court Executive is directed to file this Order and forward copies to the parties.  Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED September 21, 2018.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2